**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ANJELA SEDRAK HAKOBYAN, | No. 07-72663 |
| Petitioner, | Agency No. A075-656-811 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010 [**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Anjela Sedrak Hakobyan, a native and citizen of Armenia, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her motion to reopen removal proceedings

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JT/Research

based on ineffective assistance of counsel. We have jurisdiction pursuant to

8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to

reopen and de novo claims of due process violations in immigration proceedings.

*Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the

petition for review.

The agency did not abuse its discretion in denying Hakobyan's motion to

reopen as untimely because the motion was filed more than 6 years after the

issuance of the September 10, 1999, in absentia order, *see*

8 C.F.R. § 1003.23(b)(4)(ii)*,* and the evidence submitted with the motion to reopen

failed to establish Hakobyan acted with the due diligence required to warrant

tolling of the 180-day filing deadline, *see Iturribarria v. INS*, 321 F.3d 889, 897

(9th Cir. 2003) (equitable tolling is available to petitioner who is prevented from

filing due to deception, fraud or error, and exercises due diligence in discovering

such circumstances).

Hakobyan's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED.**